UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X

UNITED STATES OF AMERICA

    - v. -

JEREMY REICHBERG,
  a/k/a "Jeremiah Reichberg,"
  a/k/a "Yermy Reichberg," and
JAMES GRANT,
  a/k/a "Jimmy Grant,"

           Defendants.

------------------------------ X

ORIGINAL

SUPERSEDING
INDICTMENT

S2 16 Cr. 468 (GHW)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #·
DATE FILED **APR 0 3 2018**

## COUNT ONE
### (Conspiracy to Commit Honest Services Wire Fraud)

The Grand Jury charges:

### Relevant Individuals

1. JEREMY REICHBERG, a/k/a "Jeremiah Reichberg,"

a/k/a "Yermy Reichberg," the defendant, resides in Borough Park,

Brooklyn, and has described himself to others as a "community

liaison" to the New York City Police Department (the "NYPD").

2. JAMES GRANT, a/k/a "Jimmy Grant," the defendant,

was a member of the NYPD from 1996 until 2016. For most of his

career until 2014, GRANT was assigned to various posts in

Brooklyn, New York, including, from December 2011 through June

2014, as a Captain and the Commanding Officer of the 72nd

Precinct. From June 2014 through April 2015, GRANT was a Deputy

Inspector and the Commanding Officer of the 19th Precinct on the

Upper East Side of Manhattan. In that position, GRANT was the
highest ranking NYPD official in the 19th Precinct.

3.      Jona Rechnitz is a businessperson in the real
estate industry who is a cooperating witness for the Government.
Rechnitz has pleaded guilty to conspiring to commit honest
services fraud in connection with, among other conduct, the
honest services wire fraud scheme described herein; he is
providing information to the Government in the hope of receiving
leniency from the Court when he is sentenced.

## Background

4.      Beginning in or about 2008, and up to and
including in or about 2015, JEREMY REICHBERG, a/k/a "Jeremiah
Reichberg," a/k/a "Yermy Reichberg," the defendant, and Jona
Rechnitz engaged in a long-running bribery scheme in which they
provided numerous members of the NYPD, including JAMES GRANT,
a/k/a "Jimmy Grant," the defendant, and other co-conspirators
not named herein, including a high-level NYPD official in the
Chief of Department's Office ("CC-1")[1], with substantial bribes

---

[1] CC-1 was a member of the NYPD between in or about 1986 and
2016. He held several senior positions including, between May
2013 and November 2014, serving as second-in-command in the
Chief of Department's Office, which was located at NYPD
headquarters at One Police Plaza in downtown Manhattan. The
Chief of Department's Office supervises all uniformed police
officers in the NYPD and is responsible for all uniformed
operations.

in the form of personal and financial benefits, including paying

for home improvements, jewelry, travel arrangements, expensive

meals, and other luxury items. In exchange, REICHBERG repeatedly

called upon his connections in the NYPD, including GRANT and CC-

1, for official action, as opportunities arose, both for himself

and for members of his community, particularly in Borough Park,

Brooklyn. REICHBERG's bribery of high-ranking members of the

NYPD enabled him not only to obtain such official benefits on an

as-needed basis, but also gave him considerable influence over

internal NYPD affairs, including personnel decisions such as the

promotion of certain favored NYPD officers.

     5.   In or about 2008, JEREMY REICHBERG, a/k/a

"Jeremiah Reichberg," a/k/a "Yermy Reichberg," the defendant,

began spending significant time with Jona Rechnitz, and

REICHBERG introduced Rechnitz to REICHBERG's connections inside

the NYPD, including JAMES GRANT, a/k/a "Jimmy Grant," the

defendant, and CC-1. Following these introductions, Rechnitz

began spending time with GRANT, CC-1, and other NYPD officials,

and, along with REICHBERG, Rechnitz spent large sums of money

paying for personal and financial benefits for GRANT, CC-1, and

others, including paying for flights, hotel rooms, prostitutes,

expensive meals, home improvements, and tickets to sporting

events, among other things. From in or about 2008 up through and

3

including in or about 2015, Rechnitz and REICHBERG paid a total
of well more than $100,000 for the benefit of GRANT and CC-1,
and paid additional sums for the benefit of other NYPD
officials.

6.   In exchange for these benefits, JEREMY REICHBERG,
a/k/a "Jeremiah Reichberg," a/k/a "Yermy Reichberg," the
defendant, and Jona Rechnitz were effectively able to have JAMES
GRANT, a/k/a "Jimmy Grant," the defendant, and CC-1, on call -
ready and willing to use their official authority within the
NYPD to provide assistance to REICHBERG and Rechnitz on an as-
needed basis. Among the official actions that GRANT and/or CC-1
took at the request of Rechnitz and/or REICHBERG were providing
police escorts for them and their friends, providing assistance
with private disputes and investigations, dispatching police-
staffed vehicles for private use at special events, and helping
to get out of traffic or parking tickets or other infractions,
among other official favors.

## Financial Benefits Provided to GRANT

7.   Financial benefits offered and paid for by JEREMY
REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a "Yermy Reichberg,"
the defendant, and/or Jona Rechnitz, to JAMES GRANT, a/k/a
"Jimmy Grant," the defendant, in exchange for official action
included, but were not limited to: (a) improvements to the

4

exterior of GRANT's house worth several thousand dollars; (b) the upgrading of GRANT's watch to a more expensive brand; (c) a video game system for GRANT's children and a piece of jewelry for GRANT's wife; (d) the replacement of windows at GRANT's house worth several thousand dollars; (e) an all-expenses paid trip to Las Vegas, Nevada on a private jet during which a prostitute accompanied GRANT, REICHBERG, and others on the trip; and (f) hotel accommodations in Rome, Italy.

## Official Actions Taken by Grant

8.    JAMES GRANT, a/k/a "Jimmy Grant," the defendant, performed numerous official acts for JEREMY REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a "Yermy Reichberg," the defendant, and Jona Rechnitz, in exchange for the benefits bestowed on GRANT by REICHBERG and Rechnitz.  Examples of such official acts included the following services provided to REICHBERG, Rechnitz, and their associates: (a) providing police escorts; (b) providing official NYPD assistance with private disputes and investigations; (c) help with getting out of traffic or parking tickets or other infractions; and (d) assistance with applying to the NYPD for gun licenses.

## Financial Benefits Provided to CC-1, and
## Official Acts Provided by CC-1

9.   As part of the conspiracy, financial benefits
were provided by JEREMY REICHBERG, a/k/a "Jeremiah Reichberg,"
a/k/a "Yermy Reichberg," the defendant, and/or Jona Rechnitz, to
other high-level NYPD officers.  For example, financial benefits
offered and paid for by REICHBERG and/or Rechnitz to CC-1 in
exchange for official action included: (a) obtaining thousands
of dollars in work for a security company, which CC-1
unofficially helped manage, and which was run in part by CC-1's
family; (b) expensive lunches and dinners; (c) prime tickets to
numerous sporting events; and (d) a video game system for CC-1's
children. In return, CC-1 performed numerous official acts for
REICHBERG and Rechnitz .  Examples of such official acts
included, but were not limited to, the following: (a) providing
police escorts; (b) providing official NYPD assistance with
private disputes and investigations; and (c) providing police-
staffed police vehicles at private events for private use.

### Obstruction of Justice

10.   On or about June 20, 2016, JEREMY REICHBERG,
a/k/a "Jeremiah Reichberg," a/k/a "Yermy Reichberg," the
defendant, was arrested at his residence in Brooklyn, New York.
At the time that REICHBERG was arrested, he was aware that his

relationships and dealings with NYPD officers, including JAMES

GRANT, the defendant, and CC-1, were under investigation by

federal law enforcement officials.  In the late evening hours

prior to his arrest, REICHBERG gave a relative who was visiting

REICHBERG's residence numerous items related to REICHBERG's

relationships with NYPD officials JAMES GRANT, the defendant,

and CC-1, items including certain electronic media and police

business cards, with the expectation that the items would be

concealed from federal authorities.  When law enforcement

officials arrived at REICHBERG's residence to effect his arrest

and search the residence for evidence of relevant crimes,

REICHBERG's visiting relative was found to have the items

secreted on his person.

## Statutory Allegations

11.  From in or about 2008, up to and including in or

about 2015, in the Southern District of New York and elsewhere,

JEREMY REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a "Yermy

Reichberg," JAMES GRANT, a/k/a "Jimmy Grant," the defendants,

and others known and unknown, including Jona Rechnitz and CC-1,

willfully and knowingly did combine, conspire, confederate, and

agree together and with each other to violate Title 18, United

States Code, Sections 1343 and 1346.

12.  It was a part and an object of the conspiracy

7

that JEREMY REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a "Yermy

Reichberg," and JAMES GRANT, a/k/a "Jimmy Grant," the

defendants, and others known and unknown, including Jona

Rechnitz and CC-1, willfully and knowingly, having devised and

intending to devise a scheme and artifice to defraud, and to

deprive the NYPD and the people of the City of New York of their

intangible right to the honest services of high-ranking NYPD

officials, including GRANT and CC-1, would and did transmit and

cause to be transmitted by means of wire communication in

interstate and foreign commerce, writings, signs, signals,

pictures, and sounds for the purpose of executing such scheme

and artifice, in violation of Title 18, United States Code,

Sections 1343 and 1346, to wit, REICHBERG and Rechnitz provided

personal and financial benefits, including through the use of

interstate wires, worth tens of thousands of dollars, to GRANT,

CC-1, and other NYPD police officers, in exchange for official

actions taken by GRANT, CC-1, and those other officers, and by

other members of the NYPD at their direction.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
### (Honest Services Wire Fraud: Reichberg and Grant)

The Grand Jury further charges:

13.  The allegations contained in paragraphs 1 to 10

8

of this Superseding Indictment are repeated and realleged as if
fully set forth herein.

        14.  From in or about 2008, up to and including in or
about 2015, in the Southern District of New York and elsewhere,
JEREMY REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a "Yermy
Reichberg," and JAMES GRANT, a/k/a "Jimmy Grant," the
defendants, and Jona Rechnitz, willfully and knowingly, having
devised and intending to devise a scheme and artifice to
defraud, and to deprive the NYPD and the people of the City of
New York of their intangible right to the honest services of
GRANT, who was a high-ranking NYPD official, did transmit and
cause to be transmitted by means of wire communication in
interstate and foreign commerce, writings, signs, signals,
pictures, and sounds for the purpose of executing such scheme
and artifice, to wit, REICHBERG and Rechnitz provided personal
and financial benefits, including through the use of interstate
wires, worth tens of thousands of dollars, to GRANT in exchange
for official action taken by GRANT and other members of the NYPD
at GRANT's direction.

    (Title 18, United States Code, Sections 1343, 1346, and 2.)

                                    9

## COUNT THREE
### (Conspiracy to Pay and Receive Bribes and Gratuities)

The Grand Jury further charges:

15. The allegations contained in paragraphs 1 to 10 of this Superseding Indictment are repeated and realleged as if fully set forth herein.

16. From in or about 2008, up to and including in or about 2015, in the Southern District of New York and elsewhere, JEREMY REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a "Yermy Reichberg," and JAMES GRANT, a/k/a "Jimmy Grant," the defendants, and others known and unknown, including Jona Rechnitz and CC-1, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Title 18, United States Code, Section 666.

17. It was a part and an object of the conspiracy that JAMES GRANT, a/k/a "Jimmy Grant," the defendant, being an agent of a local government agency, to wit, the NYPD, and other agents of the NYPD, including CC-1, did corruptly solicit and demand for the benefit of any person, and accept and agree to accept anything of value from a person, intending for GRANT and those other agents to be influenced and rewarded in connection with business, transactions, and series of transactions of such

10

local government agency involving a thing of value of $5,000 and more, while the NYPD was in receipt of, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance, in violation of Title 18, United States Code, Section 666(a)(1)(B), to wit, GRANT, CC-1, and other NYPD officers solicited and accepted personal and financial benefits worth tens of thousands of dollars from REICHBERG and Jona Rechnitz, in exchange for, and as a reward for, official action taken by GRANT, CC-1 and those other officers, and other members of the NYPD at their direction.

18.   It was further a part and an object of the conspiracy that JEREMY REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a "Yermy Reichberg," the defendant, working with Jona Rechnitz, did corruptly give, offer, and agree to give a thing of value to a person, with the intent to influence and reward an agent of a local government agency, to wit, the NYPD, in connection with business, transactions, and series of transactions of such local government agency, involving a thing of value of $5,000 and more, while such local government agency was in receipt of, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal

11

assistance, in violation of Title 18, United States Code,
Section 666(a)(2), to wit, REICHBERG and Jona Rechnitz provided
personal and financial benefits worth tens of thousands of
dollars to GRANT, CC-1, and other police officers, in exchange
for, and as a reward for, official action taken by GRANT, CC-1,
and those other officers, and other members of the NYPD at their
direction.

## Overt Acts

19.   In furtherance of the conspiracy and to effect
the illegal objects thereof, JEREMY REICHBERG, a/k/a "Jeremiah
Reichberg," a/k/a "Yermy Reichberg," and JAMES GRANT, a/k/a
"Jimmy Grant," the defendants, committed or caused to be
committed the following overt acts, among others, in the
Southern District of New York and elsewhere:

a.   In or about 2013, REICHBERG and Rechnitz
paid for improvements to the exterior of GRANT's house worth
several thousand dollars.

b.   On Christmas day in 2013, REICHBERG and
Rechnitz drove to GRANT and CC-1's homes and gave them video
game systems for their children.

c.   Between in or about 2014 and in or about
2015, GRANT helped REICHBERG and Rechnitz in their efforts to
obtain gun licenses, including on or about January 13, 2015,

12

when GRANT instructed REICHBERG regarding how to manufacture a fake employment letter that would enable Rechnitz to obtain a certain gun license.

    d. On numerous occasions between in or about 2012 and in or about 2014, GRANT provided REICHBERG and Rechnitz with police escorts.

    e. Between in or about 2014 and in or about 2015, REICHBERG obtained business, amounting to tens of thousands of dollars, for a private security company run in part by CC-1's family.

    f. In or around August 2015, CC-1 contacted another NYPD official in order to arrange the use of an NYPD boat at a private event.

    (Title 18, United States Code, Section 371.)

## COUNT FOUR

### (Payment of Bribes and Gratuities: Reichberg)

The Grand Jury further charges:

  20. The allegations contained in paragraphs 1 to 10 of this Superseding Indictment are repeated and realleged as if fully set forth herein.

  21. From in or about 2008, and up to and including in or about 2015, in the Southern District of New York and elsewhere, JEREMY REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a

13

"Yermy Reichberg," the defendant, corruptly gave, offered, and agreed to give a thing of value to a person, with the intent to influence and reward an agent of a local government agency, to wit, the NYPD, in connection with business, transactions, and series of transactions of such local government agency, involving a thing of value of $5,000 and more, while such local government agency was in receipt of, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance, to wit, REICHBERG and CW-1 provided personal and financial benefits worth tens of thousands of dollars to JAMES GRANT, a/k/a "Jimmy Grant," in exchange for, to influence, and to reward official action taken by GRANT and other members of the NYPD at GRANT's direction.

(Title 18, United States Code, Sections 666(a)(2) and 2.)

## COUNT FIVE

### (Receipt of Bribes and Gratuities: Grant)

The Grand Jury further charges:

22. The allegations contained in paragraphs 1 to 10 of this Superseding Indictment are repeated and realleged as if fully set forth herein.

23. From in or about 2008, up to and including in or about 2015, in the Southern District of New York and elsewhere,

14

JAMES GRANT, a/k/a "Jimmy Grant," the defendant, being an agent of a local government agency, to wit, the NYPD, corruptly solicited and demanded for the benefit of a person, and accepted and agreed to accept a thing of value from a person, intending to be influenced and rewarded in connection with business, transactions, and series or transactions of such local government agency involving anything of value of $5,000 and more, while such local government agency was in receipt of, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance, to wit, GRANT accepted personal and financial benefits worth tens of thousands of dollars from REICHBERG and CW-1, in exchange for, and as a reward for, official action taken by GRANT and other members of the NYPD at GRANT's direction.

(Title 18, United States Code, Sections 666(a)(1)(B) and 2.)

## COUNT SIX

### (Conspiracy to Misapply and Convert Property of Program Receiving Federal Funds)

The Grand Jury further charges:

24.    The allegations contained in paragraphs 1 to 10 of this Superseding Indictment are repeated and realleged as if fully set forth herein.

15

25.    From in or about 2008, up to and including in or
about 2015, in the Southern District of New York and elsewhere,
JEREMY REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a "Yermy
Reichberg," and JAMES GRANT, a/k/a "Jimmy Grant," the
defendants, and others known and unknown, including CW-1 and CC-
1, willfully and knowingly did combine, conspire, confederate,
and agree together and with each other to commit an offense
against the United States, to wit, to violate Title 18, United
States Code, Section 666(a)(1)(A).

26.    It was a part and an object of the conspiracy
that JAMES GRANT, the defendant, and CC-1, being agents of a
local government and agency thereof, to wit, the NYPD, said
government agency receiving benefits in excess of $10,000 under
a federal program involving a grant, contract, subsidy, loan,
guarantee, insurance, or other form of federal assistance each
year between 2008 and 2015, without authority knowingly
converted to the use of a person other than its rightful owner
and intentionally misapplied property valued at $5,000 and more,
and owned by, and under the care, custody, and control of such
government agency, to wit, GRANT, CC-1, and other NYPD officers,
without proper authorization from the NYPD, agreed to and did
cause NYPD resources, including man-hours of NYPD labor and NYPD
land, sea, and air vehicles intended for NYPD's regular public

16

service usage, to be used for the personal benefit of JEREMY
REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a "Yermy Reichberg,"
the defendant, and Jona Rechnitz, their friends, and their
associates.

### Overt Acts

27.   In furtherance of the conspiracy and to effect
the illegal object thereof, JEREMY REICHBERG, a/k/a "Jeremiah
Reichberg," a/k/a "Yermy Reichberg," and JAMES GRANT, a/k/a
"Jimmy Grant," the defendants, committed or caused to be
committed the following overt acts, among others, in the
Southern District of New York and elsewhere:

        a.    On numerous occasions between in or about
2012 and in or about 2014, GRANT provided REICHBERG and CW-1
with police escorts.

        b.    In or around August 2015, CC-1 contacted
another NYPD official in order to arrange the use of an NYPD
police boat at a private event coordinated by REICHBERG.

        (Title 18, United States Code, Section 371.)

### COUNT SEVEN

### (Obstruction of Justice)

The Grand Jury further charges:

28.   The allegations contained in paragraphs 1 to 10
of this Superseding Indictment are repeated and realleged as if

17

fully set forth herein.

29.   Between on or about June 19, 2016 and June 20, 2016, in the Southern District of New York and elsewhere, JEREMY REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a "Yermy Reichberg," the defendant, corruptly concealed a record, document, and other object, and attempted to do so, with the intent to impair the object's integrity or availability for use in an official proceeding, and aided and abetted such conduct, to wit, REICHBERG gave a relative certain items, including business cards and electronic devices relevant to his relationships with certain NYPD police officers, with the expectation that the items would be concealed and kept away from law enforcement authorities from the United States Attorney's Office for the Southern District of New York and the Federal Bureau of Investigation, who were investigating REICHBERG's relationships with his contacts in the NYPD.

(Title 18, United States Code, Sections 1512(c)(1), 1512(i) and 2.)

## FORFEITURE ALLEGATION

30.   As a result of committing one or more of the offenses alleged in Counts One through Six of this Indictment, JEREMY REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a "Yermy Reichberg," and JAMES GRANT, a/k/a "Jimmy Grant," the

18

defendants, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, which constitutes or is derived from proceeds traceable to one or more of the offenses alleged in Counts One through Six of this Indictment.

### Substitute Asset Provision

31.   If any of the above-described forfeitable property, as a result of any act or omission of JEREMY REICHBERG, a/k/a "Jeremiah Reichberg," a/k/a "Yermy Reichberg," and JAMES GRANT, a/k/a "Jimmy Grant," the defendants:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third person;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), to

seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

> (Title 18, United States Code, Section 981;
> Title 21, United States Code, Section 853; and
> Title 28, United States Code, Section 2461.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

20

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JEREMY REICHBERG,
a/k/a "Jeremiah Reichberg,"
a/k/a "Yermy Reichberg," and
JAMES GRANT,
a/k/a "Jimmy Grant,"

Defendants.

**SUPERSEDING INDICTMENT**

S2 16 Cr. 468 (GHW)

(Title 18, United States Code, Sections 371,
666, 1343, 1346, 1349, 1512 and 2.)

_____        GEOFFREY S. BERMAN
Foreperson.                    United States Attorney.

4/3/18 - Filed Superseding Indictment
ds

J. Pitman
U.S MJ