UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES GRANT and<br>JEREMY REICHBERG,<br><br>                    Defendants. | No. 16 Cr. 468 (GHW)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Kathleen Cassidy and the Memorandum of Law in support, Defendant Jeremy Reichberg, by his undersigned attorneys, will move this Court before the Hon. Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, NY, at a date and time to be determined by the Court, for an Order granting his motion to suppress evidence seized from Subject Device-19.

Dated: April 27, 2018
        New York, NY

Respectfully submitted,

By:  /s/
     Hafetz & Necheles LLP
     Susan R. Necheles
     Kathleen E. Cassidy
     10 East 40th Street, 48th Floor
     New York, NY 10016
     *Attorneys for Defendant*
     *Jeremy Reichberg*