# MEMORANDUM ENDORSED

CLARA S. KALHOUS
_____

June 13, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/14/2023
```

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jeremy Reichberg*, **16-Cr-468 (GHW)**

Dear Judge Woods:

Jeremy Reichberg, through counsel, respectfully submits this letter motion to temporarily modify the conditions of his supervised release.

Mr. Reichberg has served the sentence of imprisonment that the Court imposed. On January 13, 2024, he will complete the two-year term of supervised release (unless the Court grants his motion for early termination, which is currently pending at Dkt. No. 629). He is currently monitored by the Low Intensity Unit of the Probation Department.

Mr. Reichberg asks the Court for permission to travel to Israel from July 2, 2023, through July 23, 2023, for the birth of his grandchild. Probation does not object to this request. The Government takes no position.

If permitted to travel, Mr. Reichberg would provide all travel details as well as the exact address and contact information at the location in Israel where he would be staying to Probation before his departure and would comply with any other requirements that the Probation Department deemed appropriate.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Clara Kalhous*

Clara Kalhous, Esq.

Cc:   All counsel (by ECF)

Application granted. The conditions of Mr. Reichberg's supervised release are modified as follows: the defendant may travel to Israel from July 2, 2023 to July 23, 2023. Mr. Reichberg is directed to provide a detailed itinerary to the Probation Department, as well as contact information during his travel. All other conditions of Mr. Reichberg's supervised release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 630.

SO ORDERED.

Dated:  June 14, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge